NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YANKEE ATOMIC ELECTRIC COMPANY,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

**MAINE YANKEE ATOMIC POWER COMPANY,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

**CONNECTICUT YANKEE POWER COMPANY,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5020, -5021, -5022, -5027, -5028, -5029

---

Appeals from the United States Court of Federal Claims in case nos. 98-CV-126, 98-CV-474, 98-CV-154, Senior Judge James F. Merow.

---

## ON MOTION

---

## ORDER

Upon consideration of the United States' unopposed motions to consolidate 2011-5020,-5027 with 2011-5021,-5029 and 2011-5022, -5028,

IT IS ORDERED THAT:

The motions to consolidate are granted. The revised official caption is reflected above. The United States' brief is due February 3, 2011. The United States' motion for extension of time in 2011-5022 is moot.

FOR THE COURT

JAN 2 6 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Catherine E. Stetson, Esq.
    Howard D. Lester, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2011

JAN HORBALY
CLERK